JOHN J. MENCHACA
835 WILSHIRE BLVD, SUITE 300
LOS ANGELES, CA  90017
Telephone:  (213) 683-0349
Facsimile:   (213) 683-1883
Email: igaeta@menchacacpa.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

BETTER IDEAS GROUP, LLC

Debtor(s).

Case No. 2:15-bk-24322-RN

Chapter 7

**NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 US.C.§341(A)**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter has been continued to **November 12, 2015 at 11:00 a.m.** at **915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017** for the reason set forth below:

**You failed to appear at the 341(a) Meeting of Creditors previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, a motion to dismiss your case will be filed by the Trustee.**

DATED: October 30, 2015         /s/ John J. Menchaca
                                John J. Menchaca, Chapter 7 Trustee

I certify that I served the within Notice on the above Debtor(s), the attorney of record (if any), and interred parties on October 30, 2015.
                                /s/ Imelda Gaeta
                                Imelda Gaeta

John J. Menchaca
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017