JOHN J. MENCHACA
835 WILSHIRE BLVD, SUITE 300
LOS ANGELES, CA  90017
Telephone:  (213) 683-3317
Facsimile:   (213) 261-4425
Email: igaeta@menchacacpa.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) |
| BETTER IDEAS GROUP, LLC | ) Case No. 2:15-BK-24322-RN |
| Debtor(s). | ) Chapter 7 |
| | ) **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 US.C.§341(A)** |

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter has been continued to March 21, 2016 at 11:00 a.m., 915 Wilshire Boulevard, 10th Floor, Los Angeles, California 90017 for the reason set forth below:

**1. Provide a copy of the 2014 tax return.**

Please inquire by email at igaeta@menchacacpa.com if appearance is necessary.

DATED: February 26, 2016          /s/ John J. Menchaca
                                  John J. Menchaca, Chapter 7 Trustee

I certify that I served the within Notice on the above Debtor(s), the attorney of record (if any), and interred parties on February 26, 2016.

                                  /s/ Imelda Gaeta
                                  Imelda Gaeta